\

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RENAY THOMAS,<br><br>       Plaintiff,<br><br>  v.<br><br>SACRAMENTO COUNTY SHERRIF'S DEPARTMENT TRANSPORTATION,<br><br>       Defendant. | Case No. 20-cv-6565-SVK<br><br>**ORDER OF TRANSFER** |

Plaintiff's federal civil rights complaint concerns events that occurred on a Sacramento County Sheriff's Department transportation bus while being "transferred back to [Deuel Vocational Institution]," in Tracy, California. *See* Dkt. No. 1 at 3. Plaintiff is currently incarcerated in Corcoran State Prison in Corcoran, California.

The cities of Corcoran, Tracy, and Sacramento all lie in the Eastern District of California. *See* 28 U.S.C. § 84(b) ("The Eastern District comprises the counties of . . . Kings, . . . Sacramento, [and] San Joaquin). Accordingly, this action is TRANSFERRED to the Eastern District wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims

Case No. 20-6565 SVK (PR)
ORDER OF TRANSFER

1  occurred there, and that is where defendants reside.  *See* 28 U.S.C. §§ 1391(b) and 1406(a).  The
2  Clerk shall terminate all pending motions and transfer this action forthwith.
3  **IT IS SO ORDERED.**
4  Dated: September 29, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge