UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RENAY THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT TRANSPORTATION UNIT,<br><br>Defendants. | No. 2:20-cv-1951 TLN AC P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 11, 2022, plaintiff's complaint was screened and the court found that it failed to state a claim upon which relief could be granted. ECF No. 11. As a result, plaintiff was given thirty days leave to file an amended complaint. Id. at 8. More than thirty days from that date have now passed, and plaintiff has not filed an amended complaint, nor has he responded to the court's order in any way.

Accordingly, IT IS HEREBY RECOMMENDED that this action be DISMISSED without prejudice for failure to state a claim and for failure to amend. See 28 U.S.C. § 1915A(b)(1); Local Rule 110; Fed. R. Civ. P. 41(b).

1

1 | These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 13, 2022

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE