UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RENAY THOMAS,<br><br>  Plaintiff,<br><br>  v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT TRANSPORTATION UNIT,<br><br>  Defendant. | No.  2:20-cv-1951 TLN-AC<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 14, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 14.)  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed June 14, 2022 (ECF No. 14), are ADOPTED IN FULL, and

2. This action is DISMISSED without prejudice for failure to state a claim and for failure to amend. *See* 28 U.S.C. § 1915A(b)(1); Local Rule 110; Fed. R. Civ. P. 41(b).

DATE:  May 10, 2023

_____
Troy L. Nunley
United States District Judge

2